# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## Consolidated Case Nos. 21-12458 and 21-13232

MUSIC SPECIALIST, INC. and SHERMAN NEALY,

    Plaintiffs-Appellants,

v.

WARNER CHAPPELL MUSIC, INC., ARTIST PUBLISHING GROUP, LLC, and ATLANTIC RECORDING CORPORATION,

    Defendants-Appellees.

---

## UNOPPOSED MOTION FOR TWO-WEEK ENLARGEMENT OF TIME TO FILE APPELLEES' ANSWER BRIEF

Defendants-Appellees, WARNER CHAPPELL MUSIC, INC., ARTIST PUBLISHING GROUP, LLC, and ATLANTIC RECORDING CORPORATION, by and through undersigned counsel and pursuant to 11th Cir. R. 31-2(a), respectfully request an enlargement of time of two weeks, through and including April 11, 2022, to file Appellees' Answer Brief in these consolidated appeals and state:

1. Appellees' Answer Brief in these consolidated appeals is currently due on March 28, 2022.

1

2. Appellees request that the time be enlarged by two weeks, through and including April 11, 2022. The requested enlargement of time is necessary in order for counsel to meet obligations and deadlines in this and other pending federal matters, to fully address the multiple appellate issues and related portions of the record in these consolidated appeals, and to coordinate and resolve scheduling conflicts with multiple client representatives from each of the Appellees.

3. Pursuant to 11th Cir. R. 26-1, undersigned counsel has conferred with counsel for Appellants with regard to this requested enlargement and is advised that Appellants have no objection to the relief sought herein.

4. The requested enlargement is sought in good faith, not for purposes of delay, is in the interests of justice and will not prejudice any party.

5. Pursuant to 11th Cir. R. 26.1-2(c), Appellees' certificate of interested persons and corporate disclosure statement ("CIP") is set forth following the signature block below.

WHEREFORE, Appellees request that the date for the service of their Answer Brief be enlarged by two weeks as set forth above, through and including April 11, 2022.

Respectfully submitted,

Jonathan Z. King
COWAN, LIEBOWITZ & LATMAN, P.C.

#46792848 v1

*Attorneys for Atlantic Recording Corporation*
114 West 47th Street
New York, NY 10036-1525
Phone: (212) 790-9238
Fax: (212) 575-0671
JZK@cll.com

and


Karen L. Stetson
Jonathan L. Gaines
GRAY ROBINSON, P.A.
*Attorneys for Defendants-Appellees*
333 S.E. Second Avenue, Suite 3200
Miami, Florida 33131
Karen.Stetson@gray-robinson.com
Jonathan.Gaines@gray-robinson.com
Phone: (305) 416-6880
Fax: (305) 416-6887

By: __/s/ Karen L. Stetson__
Karen L. Stetson
Florida Bar No: 742937
Jonathan L. Gaines
Florida Bar. No. 330361

*Attorneys for Defendants-Appellees*

3

#46792848 v1

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellees, Atlantic Recording Corporation, Warner Chappell Music, Inc., and Artist Publishing Group, LLC, pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1 through 26.1-4, make the following certification regarding interested persons and corporate disclosure:

AI Entertainment Holdings LLC

> (Defendants Atlantic Recording Corporation and Warner Chappell Music, Inc. are wholly-owned indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company with more than ten percent of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.)

Artist Publishing Group, LLC

Atlantic Recording Corporation

Baker, Garfield

Becerra, Honorable Jaqueline (United States Magistrate Judge)

Cowan, Liebowitz & Latman

Gaines, Jonathan L.

GrayRobinson, P.A.

Herman, Peter

King, Jonathan

Lewis, Chelsea

Lewis Law, LLC

Music Specialist, Inc.

Nealy, Sherman

Peter Herman, P.A.

Ruiz II, Honorable Rodolfo (United States District Judge)

Salzano, Frank

Salzano, Lampert & Wilson, LLP

Smith, Byron

Stetson, Karen L.

Talbot, Carlton

Warner Chappell Music, Inc.

Warner Music Group Corp. stock ("ticker") symbol: WMG

(Defendants Atlantic Recording Corporation and Warner Chappell Music, Inc. are wholly-owned indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company with more than ten percent of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.)

Williamson, Brady

## **CERTIFICATE AS TO FONT SIZE AND WORD COUNT**

**I HERBY CERTIFY**, pursuant to Fed. R. App. P. 32(g), that this Motion complies with the typeface and typestyle requirement of Fed. R. App. P. 27(d)(1)(E). It has been prepared in a proportionately spaced typeface, in Times New Roman 14 point font. This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). It contains 252 words.

By:   /s/Karen L. Stetson

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF to all parties of record this 3rd day of March, 2022.

By:   /s/Karen L. Stetson